## 12949.   WARE v. DUGGAN.

The action being against a warehouseman for damage to cotton delivered
    to his agents for storage in his warehouse, and the plaintiff's evidence
    having placed upon the defendant the burden of showing that he exer-
    cised ordinary diligence in protecting the cotton, and the evidence not
    demanding a finding that this burden had been carried, it was error to
    grant a nonsuit.

DECIDED FEBRUARY 16, 1922.

Action for damages; from city court of Dublin — Judge Sturgis.
September 16, 1921.

Burch & Daley, for plaintiff.

M. H. Blackshear, for defendant.

BROYLES, C. J.  This was a suit against a warehouseman to
recover for damage to cotton delivered to him for storage.  Upon
the trial, after the introduction of testimony for the plaintiff, the
court, on motion of the defendant, awarded a nonsuit.  The evi-
dence showed that the cotton had been delivered by agents of the
plaintiff to the defendant for storage purposes, and that it had been
damaged while in his custody as a warehouseman.  The burden
was then put upon the defendant to show that he had exercised
ordinary diligence in storing and protecting the cotton.  The
evidence for the plaintiff (the defendant having introduced none)
does not demand a finding that the defendant carried this burden.
The court, therefore, erred in awarding a nonsuit.

Judgment reversed.  Luke and Bloodworth, JJ., concur.